LIBBY, MCNEILL & LIBBY, Appellant, v. BUSH TERMINAL BUILDINGS COMPANY, Respondent.— Judgment modified by reversing the 15th finding of fact of the Special Term, and inserting instead the following finding of fact, made by this court: *Fifteenth.* That by the terms of the additional leases between the parties, the option contained in the original lease, dated October 14, 1911, was waived by plaintiff for valuable consideration. Also by striking out the second conclusion of law, and inserting instead the following conclusion of law, made by this court: 2. That by the terms of the additional leases between the parties the option contained in the original lease, dated October 14, 1911, was waived by plaintiff for valuable consideration. As so modified the judgment is unanimously affirmed, with costs to the respondent. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ. Settle order on notice.

MARINA REALTY COMPANY, Respondent, v. ARTHUR C. SHERIDAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

ELIZABETH MCNIFF, as Administratrix, etc., of JAMES MCNIFF, Deceased, Respondent, v. HYMAN SIGLAG and Another, Defendants, Impleaded with "SAMUEL" KUSLANSKY, the Name of "Samuel" Fictitious, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

ALEC MIHOLCZYK, as Administrator, etc., of ANNA MIHOLCZYK, Deceased, Respondent, v. STEPHEN RADKO, Defendant, Impleaded with ANNA RADKO, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

HENRY MORGENTHAU, JR., Respondent, v. ELIAS C. VAIL, Doing Business under the Assumed Name and Style of POUGHKEEPSIE BUICK COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM OXFELD, Appellant.— Judgment of conviction of the Court of Special Sessions reversed, upon the law, because of the improper admission of the evidence of the police officer regarding former crime, at folio 60 of the record on appeal. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SANDERSON, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed, pursuant to Code of Criminal Procedure, section 542. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN F. TRACEY, Appellant.— Order of the Court of Special Sessions, affirming a judgment of conviction of the City Magistrate's Court, reversed upon the law and facts, on the ground that it is contrary to the evidence. Rich, Manning, Kelby, Young and Kapper, JJ., concur.